UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

| In Re: | : | Case No. 09-60167 |
|---|---|---|
| Richard P. Lewis, | : | Chapter 13 |
| Debtor(s). | : | Judge John E Hoffman Jr. |

## **NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Faye D. English, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: October 1, 2014

/s/ Faye D. English
Faye D. English (#0075557)
Chapter 13 Trustee
10 W. Broad Street, Suite 900
Columbus, OH 43215
614-420-2555 telephone
614-420-2550 facsimile
faye.english@ch13columbus.com

| Name and Address | Amount |
|---|---|
| Firehouse | $12,406.00 |
| 1790 Town Park Boulevard | |
| Suite B | |
| Uniontown, OH 44685-7972 | |